# United States District Court
EASTERN DISTRICT OF WISCONSIN

REBECCA WIRTH,

        Plaintiff,

        v.

RLJ DENTAL, S.C.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 18-CV-910

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☐ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Rebecca Wirth and against Defendant RLJ Dental, S.C. on her claims under the Wisconsin Wage Payment and Compensation Law, Wis. Stat. Ch. 109 in the amount of $597.81. Plaintiff's claim for retaliatory discharge under the Fair Labor Standards Act, 29 U.S.C. § 215, is dismissed. Each party shall bear their own statutory costs under Fed. R. Civ. P. 54(d)(1). *See Testa v. Village of Mundelein*, 89 F.3d 443 (7th Cir. 1996).

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: September 10, 2021

GINA M. COLLETTI
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk