UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

REBECCA WIRTH,

       Plaintiff,

  v.

RLJ DENTAL, S.C.

       Defendant

Case No. 18-cv-910

---

## MOTION FOR WITHDRAWAL OF APPEARANCE OF MATTHEW J. TOBIN

---

Plaintiff hereby respectfully moves this Court for an Order permitting the withdrawal of Matthew J. Tobin in the above-captioned action. As of December 1, 2021, the undersigned will no longer be associated with the law firm of Walcheske & Luzi, LLC. Attorneys at Walcheske & Luzi, LLC, continue to be counsel of record for Plaintiff.

Accordingly, Matthew J. Tobin requests that his withdrawal of counsel be granted and he be removed from this action's electronic case filing (ECF) service list.

Dated this 29th day of November, 2021

                       WALCHESKE & LUZI, LLC
                       Counsel for Plaintiff

                       s/ ***Matthew J. Tobin***
                       Matthew J. Tobin, State Bar No. 1097545
                       235 N. Executive Drive, Suite 240
                       Brookfield, Wisconsin 53005
                       Telephone: (262) 780-1953
                       Fax: (262) 565-6469
                       E-Mail: mtobin@walcheskeluzi.com